UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUNNY FRESH FOODS, INC.,

Plaintiff,

v.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil No. 00-2117 (DSD/SRN)

**AMENDED ORDER ESTABLISHING FINAL PRETRIAL SCHEDULE**

---

The parties have submitted a stipulation and joint motion to the Court requesting the extension of certain of the present pretrial deadlines applicable to expert depositions and dispositive motions. The parties do not request the extension of other pretrial deadlines. The Court determines that good cause has been shown for the requested amendments. The Court hereby amends the existing pretrial schedule as follows:

| | |
|---|---|
| **December 6, 2002** | Complete expert depositions |
| **December 20, 2002** | Serve dispositive motions and briefs |
| **January 15, 2003** | Serve opposition briefs |
| **January 24, 2003** | Serve reply briefs |

All other pretrial deadlines and other directions set forth in the Order filed on May 9, 2002, shall remain in effect.

DATED: November 20, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED NOV 2 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK