UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2117(DSD/JMM)

Sunny Fresh Foods, Inc.,

Plaintiff,

v.

**ORDER OF REFERENCE**

Michael Foods, Inc., et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on plaintiff's motion to dismiss second through sixth counterclaims filed in this matter. Any such motions shall be heard before Magistrate Judge John M. Mason.

Dated: February 12, 2001

David S. Doty, Judge
United States District Court

FILED 2-12-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______