UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUNNY FRESH FOODS, INC., CIVIL NO. 00-2117 (DSD/JMM)

Plaintiff,

v. ORDER

MICHAEL FOODS, INC and
NORTH CAROLINA STATE UNIVERSITY,

Defendants.

The above matter came on for hearing before the undersigned on March 15, 2001 upon Plaintiff's Motions to Dismiss Counts 2-6 of Defendant's Counterclaim [Docket No. 19], for a More Definite Statement as to Count 1 of Defendant's Counterclaim [Docket No. 25], for Protective Order [Docket No. 26], and for Leave to File Reply Memorandum. Steven Schroer, Esq., William Roberts, Esq., and Ronald Hunter, Esq. appeared on behalf of Plaintiff; Geoffrey Jarpe, Esq., Richard Kempf, Esq., and Richard Vitek, Esq. appeared on behalf of Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, for the reasons placed on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED

1. Plaintiff's Motion for Leave to File Reply Memorandum is granted.

2. Plaintiff's Motion for a More Definite Statement as to Count 1 of Defendant's Counterclaim [Docket No. 25] is denied. Plaintiff shall file a Reply to Count 1 of Defendant's Counterclaim no later than March 21, 2001. See Fed. R. Civ. P. 12(a)(4)(A).

FILED MAR 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

3. Plaintiff's Motion for Protective Order [Docket No. 26] is denied. Plaintiff shall respond in full no later than March 23, 2001 to the Interrogatories and Document Requests served by Defendants on January 24, 2001. If specific objections to these discovery requests are raised which the parties are unable to resolve by meeting and conferring, the undersigned Magistrate Judge will hear any and all Motions regarding objections to these discovery requests on April 13, 2001 at 9:30 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

4. Plaintiff's Motion to Dismiss Counts 2-6 of Defendant's Counterclaim [Docket No. 19] is taken under advisement. The parties may each submit a Supplemental Memorandum no later than March 28, 2001.

Dated: March 15, 2001

JOHN M. MASON
United States Magistrate Judge