RECEIVED
JUL 19 2000
CLERK U.S. DIST. COURT
ST.PAUL, MN.

UNITED DISTRICT COURT
DISTRICT OF MINNESOTA

SUNNY FRESH FOODS, INC.

Plaintiff,

v.

MICHAEL FOODS, INC. AND
NORTH CAROLINA STATE UNIVERSITY

Defendants

CIVIL NO. 00-2117 (DSD/JMM)

FINAL

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following modified schedule shall govern these proceedings. This schedule supercedes the schedule of January 16, 2001.

Markman Issues

December 28, 2001 - Each Party shall simultaneously exchange a list of claim terms, phrases, or clauses which that Party contends should be construed by the Court.

January 8, 2002 - Each Party shall simultaneously exchange a proposed construction of each claim term, phrase or clause which the Parties collectively have identified for claim construction purposes. At the same time the Parties exchange their respective Proposed Claim Constructions, they shall each also provide a preliminary identification of intrinsic evidence (patents and file histories) and extrinsic evidence, including without limitation, dictionary definitions, citations to learned treatises and prior art, and testimony of fact and expert witnesses they contend support their respective claim constructions. The Parties shall identify each such item of intrinsic and extrinsic evidence by

FILED JUL 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

| | |
|---|---|
| | production number of produce a copy of any such item not previously produced. With respect to any such witness, fact or expert, the Parties shall also provide a brief description of the substance of that witness' proposed testimony as well as expert witness reports. |
| February 8, 2002 - | The Parties shall complete all discovery relating to claim construction, including any depositions with respect to claim construction of any witnesses, including experts identified in the Proposed Claim Construction and Evidence submissions. |
| February 22, 2002 - | Each Party shall simultaneously exchange and file an opening brief and any evidence supporting its claim construction. The Parties shall also obtain a date for the hearing on said Motion, to be held by mid-March if possible. |
| March 8, 2002 - | Each Party shall simultaneously exchange and file its responsive brief and supporting evidence. |

Discovery/Nondispositive Motions

| | |
|---|---|
| May 31, 2002 - | All non-expert discovery shall be commenced in time to be completed by this date. |

Disclosures of the identify of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

| | |
|---|---|
| May 31, 2002 - | By any party as to any issue on which it has the burden of proof, and any other expert report not a response or a rebuttal. |
| June 28, 2002 - | By any party desiring to present expert evidence in response to the expert reports of the party with the burden of proof. |
| July 12, 2002 - | By any party desiring to present expert witnesses in rebuttal to the responsive expert reports. |
| August 30, 2002 - | All discovery of any kind shall be commenced in time to be completed by this date. |
| September 6, 2002 - | All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served |

and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of the Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions/Trial

October 28, 2002 - All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker (612) 664-5063. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial at the conclusion of discovery or upon resolution any dispositive motion, and no later than January 13, 2003. The parties estimate that trial of this Jury matter will take one week.

General

The Court does not expressly limit the number of depositions or written discovery devices which may be employed by the parties. The attention of the parties is called to the provisions of the Rule 26(g). If necessary, the Court will rule on objections to specific discovery. See also Rule 37(a)(4).

Each party may depose no more than 6 experts.

Each party may call no more than 6 experts at trial.

Dated: ______________________

______________________
JOHN M. MASON
United States Magistrate Judge

Approved As To Form:

Dated: July 16, 2001

Respectfully Submitted,

Brian B. O'Neill (Minn. I.D. #82521)
Felicia J. Boyd
Lori A. Wagner
William L. Roberts (Minn. I.D. #212763)
FAEGRE & BENSON
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

Steven C. Schroer (Minn. I.D. #97743)
Timothy E. Levstik
Philip T. Petti
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, #1600
Chicago, Illinois 60603
T: (312) 577-7000
F: (312) 577-7007

Attorneys for Plaintiff

Dated: July 16, 2001

Respectfully submitted,

Geoffrey P. Jarpe, Esq. (MN#49761)
Maslon Edelman Borman & Brand
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
T: (612) 904-7400
F: (612) 904-7424

James D. Myers, Esq.
Richard P. Vitek, Esq.
D. Randal Ayers, Esq.
Myers, Bigel, Sibley & Sajovec, P.A.
Post Office Box 37428
Raleigh, North Carolina 27627
T: (919) 854-1400
F: (919) 854-1401

Attorneys for Defendant

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500