**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (DSD/JMM)

**~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO FILE *MARKMAN* BRIEF AND SUPPORTING MATERIALS**

Upon plaintiff's motion, and upon all of the files and proceedings herein, IT IS ORDERED that the time for filing opening *Markman* briefs and supporting materials is extended to Monday, March 25, 2002.

IT IS SO ORDERED:

Dated: March 21, 2002.

Honorable David S. Doty
United States District Court Judge

M2:20451363.01

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______