**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| SUNNY FRESH FOODS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,<br><br>Defendants. | **Civil No. 00-CV-2117 (DSD/JMM)**<br><br>**AMENDED ORDER ESTABLISHING FINAL PRETRIAL SCHEDULE** |

During the hearing on April 26, 2002, the Court considered the current pretrial schedule in the above captioned matter and heard the parties concerning the extension of the dates for the close of fact discovery and expert discovery, and the Court determined that good cause was shown for the extension of the pretrial schedule. The Court hereby amends the pretrial schedule dated December 5, 2002, as follows:

Discovery/Nondispositive Motions

**August 28, 2002** -- All non-expert discovery shall be commenced in time to be completed by this date

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

**August 30, 2002** -- By any Party as to any issue on which it has the burden of proof, and any other expert report not a response or a rebuttal.

**September 30, 2002** -- By any party desiring to present expert evidence in response to the expert reports of the party with the burden of proof.

**October 10, 2002** -- by any Party desiring to present expert witnesses in rebuttal to the responsive expert reports.

**October 30, 2002** -- All discovery of any kind shall be commenced in time to be completed by this date.

FILED 5-9-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**November 8, 2002** -- All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions/Trial

**December 20, 2002** -- All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, (612)664-5063. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than **March 17, 2003**. The Parties estimate that trial of this Jury matter will take **three weeks**.

Dated: May 9, 2002

DAVID S. DOTY
United States District Judge