**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| SUNNY FRESH FOODS, INC. | Civil Action 00CV2117 (DSD/J~~MM~~) SKN |
| Plaintiff, | The Honorable David S. Doty |
| v. | Magistrate Judge Susan Nelson |
| MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY, | **[~~PROPOSED~~] AMENDED ORDER ESTABLISHING FINAL PRETRIAL SCHEDULE** |
| Defendants. | |

The parties have submitted a stipulation and joint motion to the Court requesting the extension of certain of the present pretrial deadlines applicable to third-party discovery and exchange of expert reports and related expert discovery. The parties do not request the extension of other pretrial deadlines. The Court determines that good cause has been shown for the requested extension of third-party discovery and the exchange of expert reports. The Court hereby amends the pretrial schedule dated May 9, 2002, as follows:

1. Fact Discovery

| | | |
|---|---|---|
| **August 30, 2002** | — | All fact discovery of the parties shall be completed. |
| **September 13, 2002** | — | All non-expert third-party fact discovery shall be completed. |

2. Expert Reports

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) shall be made as follows:

FILED 8-27-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

| | | |
|---|---|---|
| **September 30, 2002** | — | By any Party as to any issue on which it has the burden of proof. |
| **October 30, 2002** | — | Responsive expert reports. |
| **November 13, 2002** | — | Rebuttal expert reports. |

3. All discovery of any kind (including expert depositions) shall be commenced in time to be completed by November 27, 2002.

4. All other pretrial deadlines and other directions set forth in the Order filed on May 9, 2002, shall remain in effect.

5. The parties' stipulation is approved, and the parties' undertakings therein are so ordered.

Dated: August 26, 2002.

DAVID S. DOTY
United States District Judge

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.

Plaintiff,

v.

MICHAEL FOODS, INC. and
NORTH CAROLINA STATE
UNIVERSITY,

Defendants.

Civil Action 00CV2117 (DSD/SRN)

The Honorable David S. Doty

Magistrate Judge Susan Nelson

**STIPULATION, JOINT MOTION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR COMPLETION OF THIRD-PARTY DEPOSITIONS AND SERVICE OF EXPERT REPORTS**

**STIPULATION**

1. Pursuant to the Court's amended scheduling order dated May 9, 2002, the parties have diligently been pursuing the completion of discovery and other pretrial matters.

2. The parties have noticed all necessary depositions of parties, their employees, officers and directors, and other witnesses presently affiliated with the parties (including agents and attorneys), to be completed in accordance with the existing scheduling order, and subject only to paragraph 5 below have agreed that no further such depositions shall be noticed or taken.

3. The parties also wish to take additional third-party depositions, but due to scheduling issues and the desire not to impose undue burden on third-parties, wish to extend the time during which such depositions may be noticed and completed for two weeks beyond

the existing deadline of August 28, 2002, *i.e.*, until September 13, 2002.

4. The parties believe that the submission of expert reports as specified in the current scheduling order should be extended to permit reasonable time for such reports to be prepared after the completion of all fact discovery, and for that reason have stipulated to the extension of the existing schedule for such submissions by 30 days.

5. Nothing in the foregoing shall be deemed to prejudice any party's position(s) with respect to any discovery motions which have previously been filed.

6. The proposed Amended Scheduling Order does not extend the existing deadlines for submission of non-dispositive or dispositive motions, or the ready-for-trial date. This application is not made for purposes of delay.

<u>JOINT MOTION</u>

By reason of the foregoing, the parties jointly request that the Court enter the attached [Proposed] Amended Order Establishing Final Pretrial Schedule.

Dated: August ~~18~~ 19, 2002

William Roberts
Brian B. O'Neill
Felicia J. Boyd
Lori A. Wagner
FAEGRE & BENSON
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: 612-766-1650
Fax: 612-766-1600

Steven C. Schroer
Timothy E. Levstik
Philip T. Petti
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street
Suite 1600
Chicago, Illinois
Tel: 612-577-7000
Fax: 612-577-7007

*Attorneys for Plaintiff*

Geoffrey Jarpe
MASLON, EDELMAN, BORMAN & BRAND
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: 612-672-8382
Fax: 612-672-8397

James D. Myers
Richard P. Vitek
MYERS, BIGEL, SIBLEY & SAJOVEC
111 Corning Road #250
Cary, North Carolina 27511

*Attorneys for Defendants*