UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2117(DSD/SRN)

Sunny Fresh Foods, Inc.,

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Michael Foods, Inc., and
North Carolina State University,

Defendants.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 30, 2002, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Patent List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: December 13, 2002

David S. Doty, Judge
U.S. District Court

FILED DEC 13 2002
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Sunny Fresh Foods

vs. 00-2117JMR/FLN

Michael Foods, Inc.

Pursuant to an Order of Disqualification by Judge Doty, please be advised that the above case has been reassigned to Chief Judge James M. Rosenbaum and referred to Magistrate Judge Franklin L. Noel. Please note the change in judges' initials above and refer to them when submitting materials to the court.