**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**SUNNY FRESH FOODS, INC.,**

**Plaintiff,**

**v.**

**MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,**

**Defendants.**

**Civil No. 00-2117 (DSD/SRN)**

**SECOND AMENDED ORDER ESTABLISHING FINAL PRETRIAL SCHEDULE**

---

The parties have submitted a stipulation and joint motion to the Court requesting the extension of certain of the present pretrial deadlines applicable to expert depositions and dispositive motions. The parties do not request the extension of other pretrial deadlines. The Court determines that good cause has been shown for the requested amendments. The Court hereby amends the existing pretrial schedule as follows:

| | |
|---|---|
| **December 6, 2002** | Complete expert depositions |
| **January 21, 2003** | Serve dispositive motions and briefs |
| **February 17, 2003** | Serve opposition briefs |
| **February 26, 2003** | Serve reply briefs |

All other pretrial deadlines and other directions set forth in the Order filed on May 9, 2002, shall remain in effect.

DATED: December 13, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

DEC 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK