UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2117(JMR/FLN)

Sunny Fresh Foods, Inc. )
)
v. ) ORDER
)
Michael Foods, Inc., and )
North Carolina State )
University )

This matter is before the Court on cross-motions for summary judgment. The Court heard oral argument on February 14, 2003. Based on the files, records, proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED THAT:

1. Plaintiff's motion for summary judgment [Docket No. 203] is denied.

2. Plaintiff's § 101 invalidity defense is dismissed with prejudice, upon agreement of the parties.

3. Plaintiff's § 102 anticipation defense is dismissed with prejudiced as to the '291, '491, and '759 patents, upon agreement of the parties.

4. Defendants' motion for partial summary judgment [Docket No. 197] is denied as to all other matters not dismissed by agreement of the parties.

Dated: February 18, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED FEB 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK