UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| SUNNY FRESH FOODS, INC., Plaintiff, v. MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY, Defendants. | Civil Action No. 00-CV-2117 (JMR/FLN) **STIPULATION AND ORDER TO UNSEAL ORDER AND LETTERS ROGATORY DATED DECEMBER 13, 2002** |

WHEREAS, on April 13, 2001, the Court entered a Stipulated Protective Order in this matter that provides for the Court to file certain papers under seal;

WHEREAS, on December 13, 2002, the Court filed under seal its Order and Request for International Judicial Assistance (Letters Rogatory) ("the "Order");

WHEREAS, Defendants must obtain certified copies of the Order to implement the decision of the Court;

WHEREAS, the Order contains no confidential information; and

WHEREAS, the Court has requested that the parties enter into a stipulation unsealing its Order if the Court is to issue certified copies.

NOW, THEREFORE, it is hereby agreed, by and between Plaintiff Sunny Fresh Foods, Inc. and Defendants Michael Foods, Inc. and North Carolina State University, through their respective counsel, that the Court shall unseal its Order and Request for International Judicial Assistance (Letters Rogatory) dated December 13, 2002.

FILED 3-4-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

Dated: February 25, 2003.

FAEGRE & BENSON

By: ______________________

Brian B. O'Neill (#82521)
William L. Roberts
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-1650
Facsimile: (612) 766-1600

**Attorneys for Sunny Fresh Foods, Inc.**

Dated: February 21, 2003.

MASLON EDELMAN BORMAN & BRAND LLP

By: ______________________

Richard A. Kempf (#19167X)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8362

**Attorneys for Defendants North Carolina State University and Michael Foods, Inc.**

# ORDER

Based upon the foregoing Stipulation, it is hereby ordered that the above Stipulation shall be and hereby is adopted as the Order of this Court and that its Order and Request for International Judicial Assistance (Letters Rogatory) dated December 13, 2002 be unsealed.

Dated: F~~ebruary~~ March 3, 2003

BY THE COURT:

The Honorable Franklin L. Noel
United States Magistrate Judge

253894.1