UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2117(JMR/FLN)

Sunny Fresh Foods, Inc. )
)
v. ) ORDER
)
Michael Foods, Inc., and )
North Carolina State )
University )

On February 18, 2003, the Court issued an Order denying plaintiff's motion for summary judgment, and denying, in part, defendant's motion for partial summary. The Court also dismissed plaintiff's §101 invalidity defense along with its §102 anticipation defenses as to the "'291, '491, and '759 patents" in paragraph 3 of its Order. Plaintiff subsequently filed a motion seeking clarification, correction, or reconsideration of paragraph 3 of the Order.

Based on the files, records, and proceedings herein, and pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Court amends paragraph 3 of its February 18, 2003, Order to read as follows:

> Plaintiff's §102 anticipation defense is dismissed with prejudiced as to the '291, '425, and '759 patents, by agreement of the parties.

IT IS SO ORDERED.

Dated: May 6th, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED 5-7-03
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS