**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.,

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

**Civil No. 00-CV-2117 (JMR/FLN)**

**STIPULATION AND ORDER**

The parties, through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The date set forth in paragraph 2 of the April 29, 2003 Final Pretrial Order is changed from May 19, 2003 to May 23, 2003, so that the submission of each party's statement of its case-in-chief, appended to which shall be a list of exhibits in the form required by the Final Pretrial Order, shall be due on May 23, 2003.

2. The parties will supplement discovery by exchanging financial data on ESL sales, profits, and royalty payments through March 2003.

Dated: May 15, 2003

William L. Roberts (#212763)
Brian B. O'Neill (#82521)
Felicia J. Boyd (#186168)
Lori A. Wagner (#178871)
FAEGRE & BENSON
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: 612-766-7000
Fax: 612-766-1600

Dated: May 15, 2003

Geoffrey Jarpe (#49761)
Richard A. Kempf
MASLON, EDELMAN, BORMAN & BRAND
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Tel: 612-672-8382
Fax: 612-672-8397

FILED 5/16/03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Steven C. Schroer (MN ID#97743)
Timothy E. Levstik
Philip T. Petti
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street
Suite 1600
Chicago, Illinois
Tel: 612-577-7000
Fax: 612-577-7007

*Attorneys for Plaintiff*
M2:20543915.01

James D. Myers
Richard P. Vitek
MYERS, BIGEL, SIBLEY & SAJOVEC
4140 Parklake Avenue, Suite 600
Raleigh, NC 27612

*Attorneys for Defendants*

**IT IS SO ORDERED:**

Dated: May 16, 2003

Franklin L. Noel
United States Magistrate Judge