UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2117(JMR/FLN)

| | | |
|---|---|---|
| Sunny Fresh Foods, Inc. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Michael Foods, Inc. and North Carolina State University | ) | |

This matter was tried to a jury, which reached a verdict on August 12, 2003. Based on that verdict, IT IS ORDERED that

1. Judgment be entered in favor of plaintiff and against defendants on the issue of infringement, as to the '425, '291, '759, and '225 patents.

2. Judgment be entered in favor of defendants and against plaintiff as to the validity of the '425, '291, '759, and '225 patents.

3. Judgment be entered in favor of defendants and against plaintiff on the issue of inequitable conduct as it relates to the '425, '291, '759, and '225 patents.

LET JUDGEMENT BE ENTERED ACCORDINGLY.

Dated: August 21st, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED AUG 2 1 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED AUG 2 1 2003
DEPUTY CLERK'S INITIALS