AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Sunny Fresh Foods, Inc.

V.

Michael Foods, Inc. and North Carolina State University

**JUDGMENT IN A CIVIL CASE**

Case Number: 00-2117JMR/FLN

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment is entered in favor of plaintiff and against defendants on the issue of infringement as to the '425, '291, '759 and '225 patents; judgment is entered in favor of defendants and against plaintiff as to the validity of the '425, '291, '759 and '225 patents and judgment is entered in favor of defendants and against plaintiff on the issue of inequitable conduct as it relates to the '425, '291, '759 and '225 patents.

August 21, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Denise La Fond, Deputy Clerk