UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2117(JMR/FLN)

Sunny Fresh Foods, Inc. )
)
v. ) ORDER
)
Michael Foods, Inc., and )
North Carolina State University )

This matter was tried to a jury, which reached a verdict on August 12, 2003. Judgment was entered on August 21, 2003.

Defendants have since moved for judgment as a matter of law on the issue of infringement, pursuant to Rule 50 of the Federal Rules of Civil Procedure, and in the alternative, request a new trial.

Plaintiff, Sunny Fresh Foods, Inc., has renewed all its previous motions for judgment as a matter of law.

Based on the files, records, and proceedings herein, IT IS ORDERED that:

1. Defendants' motion for judgment as a matter of law, and in the alternative for a new trial, [Docket No 331] is denied.

2. Plaintiff's renewed motion for judgment as a matter of law [Docket No. 334] is denied.

Dated: September 25, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED SEP 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS