UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| SUNNY FRESH FOODS, INC., Plaintiff, v. MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY, Defendants. | Civil Action No. 00-CV-2117 (JMR/FLN)<br>Chief Judge James M. Rosenbaum<br>**NOTICE OF APPEAL** |

Notice is hereby given that Michael Foods, Inc. and North Carolina State University in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on August 21, 2003, and the Order entered in this action on September 29, 2003, and all underlying rulings.

Respectfully submitted this 27 day of October 2003.

James D. Myers, Esq.
Richard P. Vitek, Esq.
Myers Bigel Sibley & Sajovec, P.A.
Post Office Box 37428
Raleigh, North Carolina 27627
Telephone: (919) 854-1400
Facsimile: (919) 854-1401

Attorneys for Defendants Michael Foods, Inc. and North Carolina State University

367

FILED OCT 28 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS mm

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

417 Federal Building
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

202 U.S. Courthouse
515 West. First Street
Duluth, MN 55802
(218) 529-3500

October 30, 2003

Ms. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RE: District Court Civil Case #: Civil 00-2117(JMR/FLN)
Federal Circuit Case #:
Case Caption: Sunny Fresh Foods, Inc. v. Michael Foods, Inc.,

Dear Ms. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

☒ Federal Circuit Appeal Information Sheet *
☒ Notice of Appeal
☒ Pleading(s) being appealed
☒ Docket entries
☐ Other:

The Statutory filing fee has:

☒ been paid. Receipt number: 700429391
☐ not been paid:
- ☐ USA appealed
- ☐ In Forma Pauperis
- ☐ Fee wasn't included with the appeal
- ☐ Motion Pending
- ☐ Other:

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK

BY: Betty L. Williams
Deputy Clerk