**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sunny Fresh Foods, Inc.,

Plaintiff,

vs.

Michael Foods, Inc. and
North Carolina State University,

Defendants.

Civil No. 00-CV-2117 (JMR/FLN)

**NOTICE OF CROSS APPEAL**

Notice is hereby given that Sunny Fresh Foods, Inc., plaintiff in the above named case, hereby cross appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on August 21, 2003, and the Order entered in this action on September 29, 2003, and all underlying rulings.

Respectfully submitted this 10th day of November 2003.

William L. Roberts (#212763)
Brian B. O'Neill (#82521)
Felicia J. Boyd (#176168)
Lori A. Wagner (#178871)
**FAEGRE & BENSON**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

Steven C. Schroer (Minn. I.D. #97743)
Timothy E. Levstik
Philip T. Petti
Timothy P. Maloney
**FITCH, EVEN, TABIN & FLANNERY**
120 South LaSalle Street, #1600
Chicago, Illinois 60603
T: (312) 577-7000
F: (312) 577-7007
Attorneys for Plaintiff

M2:20580851.01

FILED NOV 1 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS mm

371

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

417 Federal Building
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

202 U.S. Courthouse
515 West. First Street
Duluth, MN 55802
(218) 529-3500

November 12, 2003

Ms. Jan Horbaly, Clerk
Court of Appeals for the Federal Circuit
National Courts Building
717 Madison Place NW, Room 401
Washington, DC 20439

RE: District Court Civil Case #: 00-CV-2117
Eighth Circuit Case #:
Case Caption: Sunny Fresh Foods v. Michael Foods, Inc., et al.

Dear Ms. Horbaly:

Enclosed, please find one certified copy of each of the following (except for the documents marked with an asterisk (*)):

X Federal Circuit Appeal Information Sheet *
X Notice of Appeal
X Pleading(s) being appealed
X Docket entries
☐ Other:

The Statutory filing fee has:

X been paid. Receipt number: 429613
☐ not been paid:
- ☐ USA appealed
- ☐ In Forma Pauperis
- ☐ Fee wasn't included with the appeal
- ☐ Motion Pending
- ☐ Other:

Please acknowledge receipt of these documents by returning the enclosed copy of this letter.

Sincerely,

RICHARD D. SLETTEN, CLERK
BY: Jackie Mehl
Deputy Clerk