**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| SUNNY FRESH FOODS, INC., Plaintiff, | ) | File No. 00CV2117 (JMR/FLN) |
| vs. | ) | **STIPULATION TO ENTER ORDER TO UNSEAL RECORDS** |
| MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY, Defendants. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties hereto, through their respective counsel, that the Court may grant Movant's, Rose Acre Farm, Inc.'s, Amended Motion to Unseal Certain Records, that this Stipulation may be executed in separate counterparts, which taken together, shall comprise one stipulation, and that the Court may enter the following Order in the form attached hereto and to said Amended Motion.

James A. Beitz, MN Atty. ID 6233
**HAGERTY, JOHNSON**
**ALBRIGHTSON & BEITZ**
701 Fourth Avenue South, Suite 901
Minneapolis, MN 55415
(612) 349-9000
**Attorneys for Movant**
**Rose Acre Farms, Inc.**
Dated: Nov. 10, 2003

(Of Counsel)
Spiro Berevskos, Esq.
Lisa A. Hiday, Esq.
**WOODARD, EMHARDT, MORIARTY, McNETT & HENRY, LLP**
Bank One Center/Tower
111 Monument Circle, Suite 3700
Indianapolis, IN 46204-5137

NOV 20 2003



11/6/2003/1\018

______________________________
Steven C. Schroer (Minn. I.D. #97743)
Timothy L. Levstik
Phillip T. Petti
Timothy P. Malone
**FITCH, EVEN, TABIN & FLANNERY**
120 South LaSalle Street, #1600
Chicago, Illinois 60603
**Attorneys for Plaintiff**
Dated:______________, 2003

William L. Roberts (#212763)
Lori A. Wagner (#178871)
**FAEGRE & BENSON**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

______________________________
James D. Myers, Esq.
Richard P. Vitek, Esq.
Lynne Borchers, Esq.
**MYERS, BIGEL, SIBLEY, & SAJOVEC, P.A.**
P.O. Box 37428
Raleigh, NC 27627
Attorneys for Defendants

Dated:______________, 2003

Geoffrey P. Jarpe
**MASLON EDELMAN BORMAN & BRAND**
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

**ORDER**

**IT IS HEREBY ORDERED** that the pleadings shown in Amended Exhibit A of the Motion, as shown below shall be unsealed to Movant:

| Date | Court Docket No. | Docket Entry |
|---|---|---|
| 3/25/02 | 89 | Initial Markman Brief Filed by Defendants (sealed ) Entry Date: 3/27/02 |
| 3/25/02 | 90 | Affidavit of Richard A. Kempf with attached exhibits (sealed) Entry: Date 3/27/02, but specifically excluding Exhibit 38 thereto. |
| 4/5/02 | 100 | Response by Plaintiff to Defts' Initial Markman Brief (sealed) Entry Date: 4/8/02 |

| | | |
|---|---|---|
| 4/5/02 | 101 | Declaration of Pamela L. Stewart supporting pltf's response to defts' Initial Markman Brief (sealed) Entry Date: 4/8/02 |
| 4/5/02 | 102 | Response by deft's to pltfs Opening Markman Brief (sealed) Entry Date: 4/8/02 |
| 4/5/02 | 103 | Second Affidavit of Richard Kempf (sealed) Entry Date 4/8/02, but specifically excluding Exhibit 43 thereto. |
| 4/12/02 | 108 | Markman Reply Brief by pltf (sealed) Entry Date: 4/19/02 |
| 4/12/02 | 109 | Declaration of Margaret M. Flesher re pltf's Markman reply brief (sealed) Entry Date: 4/19/02 |
| 4/12/02 | 110 | Markman Reply Brief by defts. (sealed) Entry Date: 4/19/02 |
| 4/12/02 | 111 | Affidavit of Richard A. Kempf regarding defts' Markman reply brief (sealed) Entry Date: 4/19/02, but specifically excluding Exhibit 54 thereto. |

and Movant shall be subject to the terms and conditions of this Court's Stipulated Protective Order a copy of which is attached as Exhibit E to the Beitz Affidavit.

**SO ORDERED** THIS 18th DAY OF November, 2003.

Franklin L. Noel

Franklin L. Noel
United States Magistrate Judge



11/6/2003/1\018

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.