**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

SUNNY FRESH FOODS, INC.,

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

**Civil No. 00-CV-2117 (JMR/FLN)**

**ORDER**

WHEREAS Plaintiff Sunny Fresh Foods, Inc. has moved to include transcripts of video deposition excerpts in the official record , THE COURT HEREBY ORDERS THAT that the video testimony transcripts of Roger Glasshoff, Howard Magwire, Arthur Papetti, Thaddeus Polny, Mohammad Samimi, David Winwood, Michael Wilcox, and Bradley Shafer be entered into the official record of this trial and be included in the official trial transcripts.

Date: December 12, 2003

The Honorable James Rosenbaum

FILED DEC 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS