UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sunny Fresh Foods, Inc.,

v.

Michael Foods, Inc., et al.,

Civil No.: 00-2117 (JMR/FLN)

Michael Foods, Inc., et al.,

v.

Rose Acre Farms, Inc.,

Misc. No.: 03-14 (MJD/JGL)

Michael Foods, Inc., et al.,

v.

Rose Acre Farms, Inc.,

Misc. No.: 03-59 (ADM/AJB)

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 00-2117 having been assigned to Judge James M. Rosenbaum and case numbers 03-14 and 03-59 having later been assigned to Judges Michael J. Davis and Ann D. Montgomery and said matters being related cases,

IT IS HEREBY ORDERED that case numbers 03-14 and 03-59 be assigned to Judge James M. Rosenbaum, nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated February 21, 2003.

FILED 12·19·03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Sunny Fresh Farms, Inc. v. Michael Foods, Inc., et al Civil No.: 00-2117 (JMR/FLN)
Michael Foods, Inc., et al. v. Rose Acre Farms, Inc. Misc. No.: 03-14 (MJD/JGL)
Michael Foods, Inc., et al. v. Rose Acre Farms, Inc. Misc. No.: 03-59 (ADM/AJB)

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: December 19th, 2003

JUDGE JAMES M. ROSENBAUM
Chief, United States District Court

Dated: 12-15-03

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: 12-16-03

JUDGE ANN D. MONTGOMERY
United States District Court