# United States Court of Appeals for the Federal Circuit

RECEIVED
BY MAIL
MAY 10 2005
CLERK US DIST COURT
MINNEAPOLIS MN

04-1059,-1071

SUNNY FRESH FOODS, INC.,

Plaintiff-Cross Appellant,

v.

MICHAEL FOODS, INC.,
and NORTH CAROLINA STATE UNIVERSITY,

Defendants-Appellants.

## JUDGMENT

ON APPEAL from the United States District Court for the District of Minnesota

IN CASE NO(S): 00-CV-2117 JMR/FLN

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED

ENTERED BY ORDER OF THE COURT

APR 15 2005
Date

Jan Horbaly, Clerk

SCANNED
MAY 10 2005
U.S. DISTRICT COURT MPLS

ISSUED AS A MANDATE: MAY 6 2005

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: ________ Date: 5-6-05