**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

**APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS CONVENTIONALLY**

The undersigned attorney, William L. Roberts, attorney of record for Sunny Fresh Foods, Inc., the Plaintiff in the above captioned matter, seeks leave of the court to file exhibits 1-213 to Plaintiff's Bill of Costs (form AO-133) conventionally.

Leave to file conventionally is requested due to the voluminous number of exhibits required to document Plaintiff's itemized costs. Since these documents consist of 213 individual exhibits, collectively amounting to over 20 MB of data, both Plaintiff and the Clerk of the Court agreed that scanning the documents and filing by electronic means would not be practical.

August 11, 2005

/s/ William L. Roberts

**FAEGRE & BENSON**
Brian B. O'Neill (Minn. I.D. #82521)
Felicia J. Boyd
William L. Roberts
Lori A. Wagner
Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
T: 612-766-1650
F: 612-766-1600
Attorneys for Plaintiff

**FITCH, EVEN, TABIN & FLANNERY**
Steven C. Schroer (Minn. I.D. #97743)
Timothy E. Levstik
Philip T. Petti
Timothy P. Maloney
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
T: 312-577-7000
F: 312-577-7007