**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

**CERTIFICATE OF SERVICE**

This is to certify that true and accurate copies of (1) **SUNNY FRESH'S RESUBMISSION OF BILL OF COSTS AND REQUEST FOR POST-JUDGMENT INTEREST**, (2) **BILL OF COSTS (FORM AO-133)**, (3) **APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS CONVENTIONALLY**, and (4) **DECLARATION OF PHILIP T. PETTI IN SUPPORT OF PLAINTIFF'S BILL OF COSTS** were caused to be served on the following individuals by Electronic Service:

James D. Myers
Myers, Bigel, Sibley & Sajovec, P.A.
P.O. Box 37428
Raleigh, NC 27627

Richard Kempf
Maslon Edelman Borman & Brand
3300 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55401-4140

Geoffrey P. Jarpe
Winthrop & Weinstine, P.A.
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

August 11, 2005

/s/ William L. Roberts

**FAEGRE & BENSON**
Brian B. O'Neill (Minn. I.D. #82521)
Felicia J. Boyd
William L. Roberts
Lori A. Wagner
Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
T: 612-766-1650
F: 612-766-1600

**FITCH, EVEN, TABIN & FLANNERY**
Steven C. Schroer (Minn. I.D. #97743)
Timothy E. Levstik
Philip T. Petti
Timothy P. Maloney
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
T: 312-577-7000
F: 312-577-7007