UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Sunny Fresh Foods, Inc.,**

Plaintiff,

v.

**Michael Foods, Inc., and**
**North Carolina State University,**

Defendant.

Civil No. 00-2117 (JMR/FLN)

**ORDER**

This matter is before the Court on Plaintiff Sunny Fresh Foods, Inc.'s Application to File Documents Conventionally. [Docket No. 380.] Plaintiff has indicated that it intends to file exhibits to a Bill of Costs which consist of 213 individual exhibits and collectively amount to over 20 megabytes of data. Id. The Court finds that it would impose a significant burden upon Plaintiff to file these documents electronically, as would normally be required by the Electronic Case Filing procedures used in this District. Respondent's Application to file such documents conventionally will therefore be, and is hereby, **GRANTED**.

Dated: August 15, 2005.

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge