**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

**PLACEHOLDER FOR EXHIBITS 1-213 TO PLAINTIFF'S BILL OF COSTS (FORM AO-133)**

This document is a place holder for the following items which will be filed in conventional or physical form with the Clerk's Office:

Exhibits 1-213 to Plaintiff's Bill of Costs (form AO-133).

If you are a participant in this case, this filing will be served upon you in conventional format.

These documents were not e-filed for the following reason:

Voluminous Document (application for leave to file conventionally filed herewith)