IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SUNNY FRESH FOODS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL FOODS, INC. AND<br>NORTH CAROLINA STATE UNIVERSITY<br><br>Defendant. | Case No. 00-CV-2117<br><br>**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING MICHAEL FOODS, INC. AND NORTH CAROLINA STATE UNIVERSITY'S OPPOSITION TO SUNNY FRESH FOODS, INC.'S BILL OF COSTS** |

I, Richard P. Vitek, certify that Michael Foods, Inc. and North Carolina State University's Opposition to Sunny Fresh Foods, Inc.'s Bill of costs complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2000, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 6,640 words.

Dated: September 13, 2005

/s/Richard P. Vitek

Richard P. Vitek (Admitted Pro Hac Vice)
James D. Myers (Admitted Pro Hac Vice)

MYERS BIGEL SIBLEY & SAJOVEC, P.A.
Post Office Box 37428
Raleigh, North Carolina 27627
Telephone: (919) 854-1400
Facsimile: (919) 854-1401

ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

James G. Bullard (#123249)
Albert A. Woodward (#0118801)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657