UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| SUNNY FRESH FOODS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,<br><br>Defendants. | Civil Action No. 00-CV-2117 (DSD/JMM)<br><br>Chief Judge James M. Rosenbaum |

**DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that the law firm of Leonard, Street and Deinard (James G. Bullard and Albert A. Woodward), Suite 2300, 150 South Fifth Street, Minneapolis, MN 55402, has been substituted as co-counsel for the Defendants, Michael Foods, Inc. and North Carolina State University, in the above-entitled action in the place and stead of Winthrop & Weinstine (Geoffrey P. Jarpe) and Maslon, Edelman, Borman & Brand (Richard A. Kempf and Justin H. Perl).

Dated: September _____, 2005

/s/
James G. Bullard (#123249)
Albert A. Woodward (#0118801)

LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657

/s/
Geoffrey P. Jarpe

WINTHROP & WEINSTINE
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 604-6697
Facsimile: (612) 604-6800

/s/

Raymond A. Kempf
Justin H. Perl

MASLON, EDELMAN, BORMAN &
BRAND, LLP
90 South Seventh, Suite 3300
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
Facsimile: (612) 672-8397