**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | |
|---|---|
| SUNNY FRESH FOODS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL FOODS, INC. and<br>NORTH CAROLINA STATE UNIVERSITY,<br><br>Defendants. | Civil Action No. 00-CV-2117<br>(DSD/JMM)<br><br>Chief Judge James M. Rosenbaum |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that I caused a copy of the foregoing MICHAEL FOODS, INC. AND NORTH CAROLINA STATE UNIVERSITY'S **DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL** to be served via the ECF filing system as follows:

Brian B. O'Neill
Felicia J. Boyd
Lori A. Wagner
William L. Roberts
FAEGRE & BENSON
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

Raymond A. Kempf
Justin H. Perl
MASLON, EDELMAN, BORMAN & BRAND
90 South Seventh Street
Suite 300
Minneapolis, MN 55402-4140

Steven C. Schroer
Timothy E. Levstik
Philip T. Petti
Timothy P. Maloney
FITCH EVEN TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603

Dated: September 20, 2005

/s/James G. Bullard
Attorney for Defendants

2668768v1