# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
FOURTH DIVISION

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

# INDEX OF EXHIBITS

## SUNNY FRESH'S RESPONSE IN SUPPORT OF ITS BILL OF COSTS AND REQUEST FOR POST-JUDGMENT INTEREST

| Tab | Description |
|---|---|
| A | Comparison of the Parties' Contentions Regarding the Taxation of Costs. |
| B | U.S. Court of Appeals Decision in *Sunny Fresh, Inc. v. Michael Foods and North Carolina State University*, dated April 15, 2005. |

| | |
|---|---|
| C | Medtronic's Objections to Advanced Cardiovascular Systems and Guidant's Bill of Costs from *Medtronic v. Advanced Cardiovascular Systems, Inc. and Guidant Corporation*, Civil Action No. 97-2459. |
| D | Advanced Cardiovascular Systems and Guidant's Response to Medtronic's Objections to Bill of Costs from *Medtronic v. Advanced Cardiovascular Systems, Inc. and Guidant Corporation*, Civil Action No. 97-2459. |
| E | Report and Recommendation from *Medtronic v. Advanced Cardiovascular Systems, Inc. and Guidant Corporation*, Civil Action No. 97-2459. |
| F | Advanced Cardiovascular Systems and Guidant's Response to Medtronic's Objections to Report and Recommendation on Bill of Costs from *Medtronic v. Advanced Cardiovascular Systems, Inc. and Guidant Corporation*, Civil Action No. 97-2459. |
| G | Order from *Medtronic v. Advanced Cardiovascular Systems, Inc. and Guidant Corporation*, Civil Action No. 97-2459. |
| H | *Goss Int'l Corp. v. Tokyo Kikai Seisakusho, Ltd.*, 00-35, 2004 U.S. Dist LEXIS 10164 (N.Dist. Iowa, June 2, 2004). |
| I | Bill of Costs Guidelines – "TAXATION OF COSTS IN A CIVIL CASE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA." |
| J | Final Pretrial Order dated April 29, 2003. |
| K | Courtroom Technology Training brochure published by the United States District Court, District of Minnesota, authored by James M. Rosenbaum, Chief Judge and Richard D. Sletten, Clerk of Court. |

| | |
|---|---|
| L | Trial calendar dated February 26, 2003 for *Sunny Fresh, Inc. v. Michael Foods and North Carolina State University*. |
| M | Witness Lists for Sunny Fresh Foods, Inc. and Michael Foods, Inc. and North Carolina State University, both documents dated June 2, 2003. |