# EXHIBIT A

## Comparison of the Parties' Contentions Regarding the Taxation of Costs.

# EXHIBIT A

## COMPARISON OF THE PARTIES' CONTENTIONS REGARDING THE TAXATION OF COSTS

| Itemization of Costs | Sunny Fresh's Position | Defendants' Position | Disputed Amount |
|---|---|---|---|
| I. Fees of the Clerk (filing fees) | $380 | $380 | -- |
| III.A. Fees of the court reporter -- Pre-trial hearing transcripts | $1,811.61 | $0 | $1,811.61 |
| III.B. Fees of the court reporter -- Trial transcripts | $22,335.44<br><br>Alternatively: $8,840.70 (original paper transcripts only) | $0 | $22,335.44<br><br>Alternatively: $8,840.70 (original paper transcripts only) |
| III.C. Fees of the court reporter -- Deposition testimony presented at trial | $18,090.50 | $3,275.33 | 14,815.17 |
| III.D. Fees of the court reporter -- Other reasonably necessary depositions, SFF depositions | $84,189.53 | $29,502.26 total for III D and E | $81,223.51 |
| III.E. Fees of the court reporter -- Other reasonably necessary depositions, copies of MF depositions | $26,536.24 | | |
| V.A. Fees for witnesses - Statutory fees for trial witnesses | $3,720.00 | $880.00 | $2840.00 |

427489

| | | | |
|---|---|---|---|
| V.B. Fees for witnesses - Travel expenses for trial witnesses | $10,066.22 | $486.00 | $9580.22 |
| VI.A. Fees for exemplification and copies of papers -- Creation and presentation of trial exhibits | $201,745.46 | $29,164.60 | $172,580.86 |
| VI.B. Fees for exemplification and copies of papers -- Preparation and presentation of video depositions (related to, but not including costs in III.C.) | $46,547.94 | $0.00 | $46,547.94 |
| VI.C. Fees for exemplification and copies of papers -- Preparation and presentation of trial exhibits and video depositions (combination category) | $71,377.70 | $0.00 | $71,377.70 |
| VII. Docket Fees (28 U.S.C. § 1923(a) | $57.50 | $57.50 | $0.00 |
| **TOTAL FOR ALL CATEGORIES** | $486,858.14<br><br>Alternative: $473,363.40 | $63,745.69 | $423,112.45<br><br>Alternative: $409,617.71 |

427489