# EXHIBIT G

## Order from *Medtronic v. Advanced Cardiovascular Systems, Inc. and Guidant Corporation*, Civil Action No. 97-2459.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
97-CV-2459(JMR/FLN)

Medtronic, Inc. )
)
v. ) ORDER
)
Advanced Cardiovascular Systems, )
Inc., and Guidant Corporation )

Plaintiff objects to the Report and Recommendation, issued February 4, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge. The parties' objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. The Court awards costs as follows:

| ITEMIZATION OF COSTS | Guidant's Request | Medtronic's Position | AMOUNT AWARDED |
|---|---|---|---|
| § 1920 uncontested costs | | | **$6,455.65** |
| Trial Transcripts (original) | $16,892.25 | $4,143.00 | **$6,905.00** |
| (alternative) | $6,905.00 | | |
| Deposition Transcripts | $68,978.37 | $18,335.08 | **$68,978.37** |
| Transcripts of Wiktor Audiotapes & Videotapes | $4,275.75 | -0- | **$4,275.75** |
| Fees for Witness (original) | $9,513.55 | $3,723.50 | **$3,723.50** |
| (alternative) | $7,739.05 | | |

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED APR 2 [illegible] 2002
DEPUTY CLERK'S INITIALS ______

| ITEMIZATION OF COSTS | Guidant's Request | Medtronic's Position | AMOUNT AWARDED |
|---|---|---|---|
| Copies of U.S. Patent Office Records | $1,987.20 | $1,168.60 | **$1,168.60** |
| Production/Purchase of Physical Models (original) (alternative) | $64,790.10 | -0- $16,845.43 | **$64,790.10** |
| Exemplification of Charts, Photographs, and Other Visual Aids (original) (alternative) | $74,594.11 | -0- $11,935.06 | **$74,594.11** |
| Exemplification of Animations & Other Computer-generated Visual Aids (original) (alternative) | $120,279.03 | -0- $30,069.76 | **$120,279.03** |
| Exemplification by Electronic Scanning for Trial Presentation System (original) (alternative) | $124,580.84 | -0- $14,986.94 | **$124,580.84** |
| TOTAL from Disputed Claims (original) (alternative) | $485,891.20 474,129.45 | $27,376.18 101,213.37 | $469,295.30 |
| ***GRAND TOTAL of Taxable Costs*** | | | **$475,740.95** |

Accordingly, IT IS ORDERED that:

Plaintiff's objections to defendant's bill of costs [Docket #336] is sustained in part and rejected in part, and the Clerk of Court is hereby directed to enter judgment in favor

of defendant in the amount of $475,740.95.

Dated: April 26, 2002

JAMES M. ROSENBAUM
United States Chief District Judge