# EXHIBIT K

**Courtroom Technology Training brochure published by the United States District Court, District of Minnesota, authored by James M. Rosenbaum, Chief Judge and Richard D. Sletten, Clerk of Court.**

## State of the Art Technology

*"Today, electronic information is commonplace. People get their cash from electronic devices. Groceries are scanned in the supermarket checkout line. Every classroom accesses electronic information on the web. Our new evidence technology brings the Courts into the present age. Now it's the Court's turn to give our citizens the information they need – and in a form they can use."*

*James M. Rosenbaum*

*Chief Judge*



Judge Rosenbaum helps out with the Courtroom Technology .

*United States District Court*
*District of Minnesota*

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5000

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100

417 Federal Building
515 West First Street
Duluth, MN 5580
218-529-3500

*United States District Court*
*District of Minnesota*

# Courtroom Technology Training

James M. Rosenbaum, Chief Judge
Richard D. Sletten, Clerk of Court

# *Courtroom Technology*



The United States District Court for the District of Minnesota recently began the installation of new Courtroom Technology. Training is being offered in both the Minneapolis and St. Paul Courthouses to introduce lawyers to the new technology and give them an opportunity to try out the technology in a classroom atmosphere. Training for this new technology will be on-going as new attorneys are admitted into the Federal Court. There is no cost associated with the training. We hope that you will take advantage of this training opportunity.

## Courtroom Features



Control Panel for the Judges

**Bench**

- 10" Touch Panel (Control for all Components)
- 15" Flat Panel Monitor
- 2—15" Monitors on the Lower Bench

**Attorney Tables**

- 15" Flat Panel Monitors

**Jury**

- 4—15" Monitors in Mpls
- 2—20" Monitors in St. Paul

**Witness**

- Annotation Monitor

**Lectern**

- Time Indicators

**Gallery**

- Spectator Monitor

**Evidence Presentation Cart**

- Microphone
- Computer Input
- Digital Document Camera
- VCR
- Cassette Deck
- Annotation Monitor
- 5" Touch Panel (Control for all components on the cart)

**Audio System**

- Bench Conference/Pink Noise
- Wireless Microphone System
- Hearing Assistance
- Second Language

## Training Offerings

To view scheduled training sessions, please visit our web site (www.mnd.uscourts.gov) and click on the Courtroom Technology link. For additional questions, please call Kristine at 612-664-5125.

### CLE Credit

Participants can obtain 1.0 credit of CLE for attending a Courtroom Technology training session. Forms and additional information can be found on the District Court of Minnesota's website.



Training is hands-on for the participants.

### Class Size

To make the experience more personable and allow for hands-on opportunities, class size is limited to 12 participants.

### Customized Training

Customized classes are available upon request. Classes can be scheduled to accommodate smaller class sizes, employees from one law firm, or on a date not published in the schedule.