# EXHIBIT L

## Trial calendar dated February 26, 2003 for *Sunny Fresh, Inc. v. Michael Foods and North Carolina State University*.

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MINNESOTA**

# TRIAL CALENDAR

---

**#1Cv.#00-2117**
**Sunny Fresh Foods, Inc.**

**v.**

**Michael Foods, et al.**

---

**COUNSEL FOR PLAINTIFF:**
Elizabeth Taylor
Felicia Boyd
Lori Wagner
Brian O'Neill
William Roberts
612-766-7000

Philip Petti
Timothy Maloney
312-577-7000

Timothy Levstik
Steven Schroer
303-402-6966

**COUNSEL FOR DEFENDANT:**
Justin Perl
Geoffrey Jarpe
Richard Kempf
612-672-8200

Richard Vitek
James Myers
D. Randall Ayers
919-854-1400

---

The above-caption cases are set for a ***jury trial***, date certain, before the Chief Judge James M. Rosenbaum, United States District Court, Minneapolis, Minnesota on:

**Monday, June 30, 2003 at 0900 a.m.**

Please submit all pretrial materials to the Court by Wednesday, June 25, 2003.

Please be advised that new courtroom technology has been installed in our courtroom as of June 2001. If you need assistance with respect to the technology available in Judge Rosenabum's Courtroom or the operation of the various equipment, please call.

Sincerely,

February 26, 2003

Larry Lewis
Calendar Clerk to Judge
James M. Rosenbaum

# Courtroom Technology Information

## Chief Judge James M. Rosenbaum – Courtroom 15E

**Chief Judge Rosenbaum's courtroom contains the following equipment:**

- Evidence Presentation Cart (document camera, vcr, audio cassette player, touch panel, monitor, microphone, two laptop inputs, video input, and audio input)
- Video monitors for the Judge, jury, witness, counsel, courtroom deputy, and spectators.
- Lectern
- Witness Camera
- Lectern Camera
- Attorney Camera
- Judge's Touch Panel
- Courtroom Deputy Touch Panel

**Contact Information**

| | |
|---|---|
| Courtroom Deputy – Larry Lewis | 612-664-5053 |
| Chambers Main Line | 612-664-5050 |
| Court Reporters - Dawn Hansen | 612-664-5107 (Real Time Arrangements) |

**Courtroom Technology Training**

The U.S. District Court of Minnesota does offer on-going training on the Courtroom Technology equipment in both Minneapolis and St. Paul. Please check the U.S. District Court's website at www.mnd.uscourts.gov or call Kristine Wegner at 612-664-5125 for dates and times.

**Courtroom Technology Courtroom Practice**

The U.S. District Court invites counsel to call chambers prior to court proceedings to visit the courtroom they will be practicing in just prior to the courtroom proceeding. Bring the laptop, documents or any other evidence you plan to present to the court for prior practice.

**Laptop Note**

If you plan to use a laptop in the courtroom you will need to bring VGA cords. The Evidence Cart has two VGA inputs. Please plan on bringing either a 15 pin male/15 pin male cord or a 15 pin male/8 pin female cord. There are two styles of inputs on the cart.

If you plan to use a laptop on the attorney table you should plan on bringing a 15 pin male/15 pin male cord for laptop input.

# July 2003

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | 30 0900 To 5:00 | 1 0900 To 5:00 | 2 0900 To 5:00 | 3 | 4 | 5 |
| 6 | 7 0900 To 5:00 | 8 0900 To 5:00 | 9 0900 To 5:00 | 10 0900 To 5:00 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 0900 To 5:00 | 22 0900 To 5:00 | 23 0900 To 5:00 | 24 0900 To 5:00 | 25 | 26 |
| 27 | 28 0900 To 5:00 | 29 0900 To 5:00 | 30 | 31 | | |