# EXHIBIT M

## Witness Lists for Sunny Fresh Foods, Inc. and Michael Foods, Inc. and North Carolina State University, both documents dated June 2, 2003.

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MINNESOTA
FOURTH DIVISION

SUNNY FRESH FOODS, INC.,

Plaintiff,

v.

MICHAEL FOODS, INC. and
NORTH CAROLINA STATE
UNIVERSITY,

Defendants.

Civil Action 00CV2117 (JMR/FLN)

**PLAINTIFF'S WITNESS LIST**

Plaintiff Sunny Fresh Foods, Inc. submits this list of witnesses whom Sunny Fresh expects to call or may call in its case-in-chief, pursuant to the Court's Final Pretrial Order dated April 29, 2003, and Rule LR 39.1(b) of the Local Rules of this Court.

**I. Sunny Fresh expects to call the following witnesses in its case-in-chief:**

1. **Dr. Hershall Ball**

   Dr. Ball, patentee, will testify as to admissions regarding invalidity and unenforceability of the patents in suit.

2. **Dr. Norman Berry**

   Dr. Berry will testify regarding prior art and regarding APV, Alfa-Laval and other prior art egg pasteurization systems and publications.

3. **James Coe**

   Mr. Coe will testify by deposition regarding Alfa-Laval and Cherry-Burrell prior art egg pasteurization systems and publications.

4. **Dr. Esy Elroy**

Dr. Elroy will testify by deposition regarding Alfa-Laval prior art egg pasteurization systems and publications and regarding his authorship and Alfa-Laval's publication and offer of sale of prior art egg pasteurization equipment and processes.

5. **Dr. Peggy Foegeding**

Dr. Foegeding (deceased) will testify by deposition regarding her contributions to the alleged inventions and publications.

6. **Patrick Foley**

Mr. Foley will testify by deposition regarding Alfa-Laval and Cherry-Burrell prior art egg pasteurization systems and publications.

7. **Roger Glasshof**

Mr. Glasshof of the USDA will testify by deposition regarding prior art commercial egg pasteurization practices and communications with NCSU workers and others in and before 1986, including Waldbaum.

8. **John Goolkasian**

Mr. Goolkasian is a patent expert who will testify in accordance with written reports and deposition testimony regarding the prosecution history of the patents in suit, patent invalidity and unenforceability, PTO practices and procedures, and non-disclosure of prior art and the materiality thereof.

9. **Ted Labuza**

Mr. Labuza is a food scientist, and a food process engineering and thermal process expert, who will testify in accordance with written reports and deposition testimony regarding patent invalidity, equivalent point theory and publications, and other prior art publications.

10. **Richard Lechowicz**

Mr. Lechowicz is a food processing and food industry expert who will testify in accordance with written reports and deposition testimony regarding patent invalidity and with regard to teachings of certain prior art.

11. **Harold Magwire**

Mr. Magwire of the USDA will testify by deposition regarding prior art commercial egg pasteurization practices and regarding communications with NCSU workers and others.

12. **Arthur Papetti**

Mr. Papetti will testify live or by deposition regarding prior art commercial egg pasteurization processes and packaging and the offer by Papetti's of ESL/LWE product for sale to Campbell's.

13. **Charles Robinson**

Mr. Robinson will testify by deposition regarding Campbell's receipt of Papetti's prior art offer for sale of ESL/LWE product.

14. **Dr. Peter Rony**

Dr. Rony will testify regarding VPI's invention of ESL/LWE and communications with NCSU workers in early 1983 regarding same.

15. **Dr. Mohammed-Hossein Samimi**

Dr. Samimi, patentee, will testify live or by deposition regarding admissions as to invalidity and unenforceability.

16. **Dr. Philip Sonstegard**

Dr. Sonstegard will testify regarding prior art commercial egg pasteurization processes at Sonstegard Foods, and the lack of enabling disclosure of equivalent point calculations.

17. **William Stadelman**

Mr. Stadelman is an expert on poultry and egg science who will testify as to egg products and pasteurization in accordance with written expert reports and deposition testimony, and also give fact testimony regarding prior art publications and oral presentations by the inventors, and inventors' admissions.

18. **Dr. Kenneth Swartzel**

Dr. Swartzel, patentee, will testify live or by deposition as to admissions regarding invalidity and unenforceability.

19. **Darryl Wernimont**

Mr. Wernimont of Cherry-Burrell will testify by deposition regarding prior art processes and publications.

20. **T. Ross Wilkinson**

Mr. Wilkinson will testify by deposition regarding the public nature of NC-133 reports and proceedings.

21. **Dr. Scott Woodward**

Dr. Woodward of Wrightco / Sunny Fresh will testify regarding Sunny Fresh / Wrightco's prior art commercial processes, other prior art and publications, Dr. Ball's oral publications at NC-133 and PSA, admissions re non-patentability, and Sunny Fresh's practicing of prior art.

II. **Sunny Fresh may call the following witnesses in its case-in-chief:**

1. **APV by Jeff Wade**

Mr. Wade may testify by deposition regarding prior APV art and commercial practices

2. **Courtney Allen**

Courtney Allen, formerly of Wrightco / Sunny Fresh, may testify live or by deposition regarding prior art commercial processes and practicing of prior art.

3. **Dr. John Efstathiou**

Dr. Efstathiou may testify regarding Sunny Fresh's practicing of prior art.

4. **Robert Glatz**

Mr. Glatz may testify regarding knowledge and non-disclosure of prior art to the Patent & Trade Office ("PTO").

5. **Dennis Heldman**

Mr. Heldman is the Defendants' expert and may testify as to admissions regarding invalidity.

6. **Ronald Hunter**

Mr. Hunter may testify regarding Sunny Fresh's practicing of prior art and communications with Michael Foods giving rise to declaratory judgment action.

7. **Aloysius Knipper**

Mr. Knipper may testify by deposition regarding Papetti's prior art egg pasteurization processes.

8. **Mike Luker**

Mr. Luker may testify regarding Sunny Fresh's practicing prior art.

9. **Mary Murphy**

Mary Murphy may testify by deposition regarding Dr. Ball's prior art PSA publication of alleged invention.

10. **James Myers**

Mr. Myers may testify regarding knowledge and non-disclosure of prior art to the PTO.

11. **NCSU by David Winwood**

Mr. Winwood may testify regarding publication of the NCSU Press Release dated July 24, 1985, and related NCSU practices and resulting publications.

12. **Susan Nutter**

Susan Nutter is an NCSU librarian who may testify live or by deposition as to prior art publications.

13. **Hugh Oldach**

Mr. Oldach may testify live or by deposition regarding lack of demand for ESL/LWE product in the early 1980s and success of VPI commercial scale process runs.

14. **Thaddeus Polny**

Mr. Polny may testify live or by deposition regarding Papetti's prior art processes.

15. **Don Roberts**

Mr. Roberts may testify as to Wrightco / Sunny Fresh's prior art pasteurization processes for LWEP.

16. **Timothy O'Sullivan**

Mr. O'Sullivan may testify regarding knowledge and non-disclosure of prior art to the PTO and regarding representations made to the PTO by Dr. Swartzel et al.

17. **James Schuman**

Mr. Schuman may testify regarding prior art publications and prior art knowledge of nisin as shelf-life extender for LWEP.

18. **Kenneth Sibley**

Mr. Sibley may testify regarding knowledge and non-disclosure of prior art to the PTO and regarding representations made to the PTO by Dr. Swartzel et al and their attorneys.

Dated: June 2, 2003

Brian B. O'Neill (Minn. I.D. #82521)
Felicia J. Boyd
Lori A. Wagner
William L. Roberts (Minn. I.D. #212763)
**FAEGRE & BENSON**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

Steven C. Schroer (Minn. I.D. #97743)
Timothy E. Levstik
Philip T. Petti
Timothy P. Maloney
**FITCH, EVEN, TABIN & FLANNERY**
120 South LaSalle Street, #1600
Chicago, Illinois 60603
T: (312) 577-7000
F: (312) 577-7007
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUNNY FRESH FOODS, INC.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL FOODS, INC.<br>and NORTH CAROLINA STATE<br>UNIVERSITY<br><br>Defendants. | Civil Action No.00-CV-21i /<br>Judge James M. Rosenbaum |

# MICHAEL FOODS, INC. AND NORTH CAROLINA STATE UNIVERSITY'S WITNESS LIST

Below is a list of witnesses that defendants expect to call or may call as part of their case in chief. Moreover, defendants will likely call additional witnesses which are not named below to testify in rebuttal. Defendants also will revise the present witness list to add or subtract witnesses or revise the description of the testimony as a result of the disposition of pending motions *in limine* or subsequent evidentiary rulings.

| NAME OF WITNESS | SUBSTANCE OF TESTIMONY | EXPECTED | IF NEEDED | BY DEPOSITION |
|---|---|---|---|---|
| Richard G. Olson | Mr. Olson, former President of Michael Foods, Inc. ("Michael Foods"), is expected to testify at trial about Michael Foods and the circumstances surrounding Michael Foods' acquisition of the technology which is the subject of the patents in suit from NCSU. Mr. Olson is also expected to testify about the commercialization of the technology of the patents in suit (including the early efforts at Morning Glory Eggs, Inc.), the acceptance of this technology by industry, and the advantages this technology provides over prior processing methods. Mr. Olson is also expected to testify about Michael Foods' ESL liquid egg products, the effect on Michael Foods of others' unauthorized use of the subject technology, and Michael Foods' efforts to enforce its exclusive right to practice the invention of the patents in suit. Mr. Olson is further expected to testify about the commercial success of the patented technology and various factors relating to what constitutes a reasonable royalty for the right to practice the technology disclosed in the patents in suit. | X | | |
| Gregg Ostrander | Mr. Ostrander, President of Michael Foods, is expected to testify about Michael Foods' ESL liquid egg products, the effect on Michael Foods of others' unauthorized use of the subject technology, and Michael Foods' efforts to enforce its exclusive right to practice the invention of the patents in suit. Mr. Ostrander is further expected to testify about the commercial success of the patented technology and various factors relating to what constitutes a reasonable royalty for the right to practice the technology disclosed in the patents in suit. | X | | |
| Kenneth R. Swartzel | Dr. Swartzel is a named inventor of the patents in suit and is the head of the Food Science Department of NCSU. He is expected to testify about the conception and development of the inventions of the patents in suit, as well as the technology of the patents in suit. He is also expected to testify regarding the history of egg processing and the processes for producing extended shelf life liquid egg products disclosed in the patents in suit. | X | | |
| Scott Woodward, Jerry Rose and James Bassett | One or all of Messrs. Woodward, Rose and Bassett are expected to testify (either live or by deposition) about Sunny Fresh's processes, the history and circumstances spanning Sunny Fresh's adoption of those processes, the circumstances surrounding Sunny Fresh's introduction of products made utilizing those processes and communications with Sunny Fresh's counsel. Further, one or all of Messrs. Woodward, Rose and Bassett are expected to testify about Sunny Fresh's knowledge of the patents in suit and the effect that this knowledge had on Sunny Fresh's introduction of its extended shelf life liquid egg products and the processes for producing same. | X | | |
| Dennis R. Heldman | Dr. Heldman is expected to testify in accordance with the expert reports submitted earlier. Dr. Heldman is expected to testify about the egg industry in general and processing of egg products. His testimony will also include an explanation of the technology of the patents in suit and its relation to other egg production processes. Dr. Heldman is also expected to testify about the processes Sunny Fresh uses to manufacture extended shelf life egg products and how those processes correspond to the processes claimed in the patents in suit. Dr. Heldman is further expected to testify about the processes used by Michael Foods to manufacture its extended shelf life egg products and how those processes correspond to the inventions of the patents in suit. | X | | |

| NAME OF WITNESS | SUBSTANCE OF TESTIMONY | EXPECTED | IF NEEDED | BY DEPOSITION |
|---|---|---|---|---|
| Dr. Joseph Marcy | Dr. Marcy is expected to testify in accordance with the expert report submitted earlier. Dr. Marcy is expected to testify about the evolution in packaging techniques and the ability to package while excluding organisms. Dr. Marcy is expected to testify about Sunny Fresh's packaging techniques and machinery and how they correspond to the patents-in-suit. | X | | |
| John F. Witherspoon | Mr. Witherspoon is expected to testify in accordance with the expert report submitted earlier. His testimony will include an explanation of the procedures of the United States Patent and Trademark Office and an explanation of the different components of a United States patent. Further, Mr. Witherspoon is expected to testify about the patents in suit, the subject matter of the patents in suit, and the prosecution history of the patents in suit. Mr. Witherspoon's expected testimony will include a discussion of the contents of the file history. | X | | |
| Jeffrey M. Shapiro | Mr. Shapiro, Former Executive Vice-President of Michael Foods, is expected to testify about Michael Foods and its acquisition of different technology relating to food products. He is also expected to testify about the license relationship between North Carolina State University and Michael Foods/Morning Glory, as well as various factors relating to what constitutes a reasonable royalty for the right to practice the technology disclosed in the patents in suit. Mr. Shapiro is further expected to testify about the effect that activities of Sunny Fresh and other competitors have had on Michael Foods. | X | | |
| Kevin Kelly | Mr. Kelly, formerly of Michael Foods, Inc., is expected to testify about Michael Foods sales and marketing activities. Mr. Kelly will also testify regarding the impact of Sunny Fresh's marketing and sales efforts on Michael Foods ESL sales and selling price. | X | | |
| Tony Seta | Mr. Seta is an independent consultant in the food industry and is expected to testify about his industry experience with using and evaluating different egg products, their benefits and disadvantages. | X | | |
| Alex Woodside | Independent Consultant. Mr. Woodside will testify as to his experience as a chef using various egg products including Michael Foods' ESL egg products and the advantages/disadvantages of various products. | X | | |
| Tracy Winters | Silliker Labs, Chicago, IL. Ms. Winters will testify as to the testing she performed that is the subject of the documents previously produced and relied upon by Dr. Ball. | X | | |
| Dr. Donna Cookmeyer | Dr. Cookmeyer, Director of Technology Transfer at North Carolina State University, is expected to testify about North Carolina State University's research and development efforts, intellectual property, and licensing activities. Dr. Cookmeyer is also expected to testify about North Carolina State University's relationship with Michael Foods and the license agreement granting Michael Foods the exclusive right to practice the invention of the patents in suit. Dr. Cookmeyer is further expected to testify about the effect that Sunny Fresh's and other egg processor's activities have had on North Carolina State University. | X | | |

| NAME OF WITNESS | SUBSTANCE OF TESTIMONY | EXPECTED | IF NEEDED | BY DEPOSITION |
|---|---|---|---|---|
| Ronald E. Hunter | Mr. Hunter, a Cargill employee, is expected to testify (either live or by deposition) about Sunny Fresh's knowledge of the patents in suit and Sunny Fresh's concerns that its development efforts and production processes infringed the patents in suit. Mr. Hunter is also expected to testify regarding communications between Sunny Fresh and its outside counsel. | X | | |
| Morgan Fitch, Robert Jones | Mr. Fitch and Mr. Jones are expected to testify (either live or by deposition) about their and their law firm's communications with Sunny Fresh concerning the patents in suit, Sunny Fresh's processes for the manufacture of extended shelf life liquid egg products and the bases for the communications. Mr. Fitch and Mr. Jones are also expected to testify about the opinions their law firm has rendered to Sunny Fresh and the bases of those opinions. | | | X |
| Creighton Hoffman, Hoffman Alvary | Mr. Hoffman is expected to testify in accordance with the expert report submitted earlier. Specifically, Mr. Hoffman is expected to testify about Michael Foods' lost profits, Michael Foods' manufacturing capacity, the demand for the products made according to the invention claimed in the patents in suit and Michael Foods' competitive relationship with Sunny Fresh and the effect of Sunny Fresh's infringing activities on Michael Foods and North Carolina State University. Further, Mr. Hoffman is expected to testify about what constitutes a reasonable royalty for Sunny Fresh's use of the technology of the patents in suit, the bases therefore and the factors taken into consideration. | X | | |
| Dr. Lee Schrader | Dr. Schrader is expected to testify in accordance with the expert report submitted earlier. Specifically, Dr. Schrader is expected to testify about Michael Foods' lost profits, Michael Foods' manufacturing capacity, the demand for the products made according to the invention claimed in the patents in suit and Michael Foods' competitive relationship with Sunny Fresh and the effect of Sunny Fresh's infringing activities on Michael Foods and North Carolina State University. Further, Dr. Schrader is expected to testify about what constitutes a reasonable royalty for Sunny Fresh's use of the technology of the patents in suit, the bases therefore and the factors taken into consideration. | X | | |
| Dr. Hershell Ball | Dr. Ball is a named inventor of the patents in suit and will testify about the patents in suit, the conception and development of the inventions of the patents in suit as well as the technology of the patents in suit. He may also testify regarding the history of egg processing and the processes for producing extended shelf life liquid whole egg products disclosed in the patents in suit. Dr. Ball is also expected to testify in accordance with his expert report and his testing of Sunny Fresh's commercial product for shelf life. | X | | |
| John R. Reedy | Mr. Reedy, Chief Financial Officer of Michael Foods, will testify about Michael Foods' financial reporting and the profitability of its different products. Mr. Reedy may also testify about the effect that Sunny Fresh and other competitors have had on Michael Foods. | X | | |
| Richard Howe | Mr. Howe, will testify about Michael Foods' financial reporting and the profitability of its different products. Mr. Howe may also testify about the effect that Sunny Fresh and other competitors have had on Michael Foods. | X | | |

| NAME OF WITNESS | SUBSTANCE OF TESTIMONY | EXPECTED | IF NEEDED | BY DEPOSITION |
|---|---|---|---|---|
| Jeff Honda | Mr. Honda, who is in charge of plant operations for Michael Foods, may testify about the processes used by Michael Foods to manufacture its extended shelf life liquid egg products. Mr. Honda may also testify about apparatuses, processes and materials used in egg processing. | X | | |
| D. Grace Carter | Paralegal, Myers Bigel Sibley & Sajovec, P.A. – Ms. Carter may testify about the contents of the file histories of the patents-in-suit | X | | |
| Chase Leinberger | Mr. Leinberger may testify regarding the impact of Sunny Fresh's marketing and sales efforts on Michael Foods ESL sales and selling price | X | | |
| Vicky Wass | Ms. Wass may testify regarding the impact of Sunny Fresh's marketing and sales efforts on Michael Foods ESL sales and selling price | X | | |
| Tom Nykamp | Mr. Nykamp may testify regarding the impact of Sunny Fresh's marketing and sales efforts on Michael Foods ESL sales and selling price | X | | |
| Deborah Cummings | Ms. Cummings may testify regarding the impact of Sunny Fresh's marketing and sales efforts on Michael Foods ESL sales and selling price | X | | |
| Michael Elliott | Mr. Elliott may testify regarding the impact of Sunny Fresh's marketing and sales efforts on Michael Foods ESL sales and selling price | X | | |
| Lee Skold, Cargill. | Mr. Skold will testify as to the management chain at Sunny Fresh Foods, Inc. | X | | |
| **Michael Foods/NCSU May Call The Following Witnesses:** | | | | |
| Mike Luker, Sunny Fresh. | Mr. Luker will testify as to whether Sunny Fresh proceeded on a good faith belief that there was no liability under the patents-in-suit. | X | | |
| Wally Bearcat, Tim Kennerly | Messrs. Bearcat and Kennerly, who are representatives of customers of Michael Foods and its competitors, may testify about the products made according to the processes of the patents in suit and the industry's acceptance of those products. Messrs. Bearcat and Kennerly may also testify about the products of those who infringe the patents in suit and their efforts in the marketplace. | X | | |
| Daniel Gardner, David Gardner | Messrs. Daniel and David Gardner (both formerly associated with M. G. Waldbaum Co.) may testify concerning prior processes used for the pasteurization of egg products and the products made thereby. | X | | |
| Kevin Speckman | Mr. Speckman, who was associated with Michael Foods, may testify concerning prior known processes for manufacturing liquid egg products and the efforts of others to make extended shelf life liquid egg products. | X | | |
| John S. Dahler, Ph.D., | Dr. Dahler will testify about this previous expert report presented in this case and his calculations of equivalent points for Sunny Fresh. | X | | |
| Jeffrey J. Derby, Ph.D. | Dr. Derby will testify as to his work done to support the opinions of counsel and their effect on Sunny Fresh's good faith belief of the liability. | X | | |

| NAME OF WITNESS | SUBSTANCE OF TESTIMONY | EXPECTED | IF NEEDED | BY DEPOSITION |
|---|---|---|---|---|
| Brenda Fleming | Ms. Fleming, who was formerly associated with Sunny Fresh Foods, is expected to testify via deposition about Sunny Fresh's infringing processes and particularly regarding documents and records of Sunny Fresh confirming Sunny Fresh's infringement. | | | X |
| Monte Loiacono | IHOP – Benefits of ESL product; comparisons of Michael Foods/Sunny Fresh product and competitive pricing | X | | |
| Joe Katin | IHOP - Benefits of ESL product; comparisons of Michael Foods/Sunny Fresh product and competitive pricing | X | | |
| Bob Leonard | IHOP - Benefits of ESL product; comparisons of Michael Foods/Sunny Fresh product and competitive pricing | X | | |
| Ryan Golightly | Star Buffet, Inc. - Benefits of ESL product; comparisons of Michael Foods/Sunny Fresh product and competitive pricing | X | | |
| Jeff Clark | Independent Consultant - Benefits of ESL product; comparisons of Michael Foods/Sunny Fresh product and competitive pricing | X | | |
| Franco Loris | Executive Chef for the Queen of Excelsior (Restaurant) - Benefits of ESL product; comparisons of Michael Foods/Sunny Fresh product and competitive pricing | X | | |
| Tom Drey | U.S. Foodservice - Benefits of ESL product; comparisons of Michael Foods/Sunny Fresh product and competitive pricing | X | | |
| Robert Pike | Mr. Pike is expected to testify via deposition about his experiences and efforts relating to the processing and pasteurization of liquid egg products at various egg processors. | | | X |
| *In addition to the above-identified witnesses, defendants may introduce the testimony of additional witnesses by way of prior deposition testimony taken. Designations of each testimony have been provided to plaintiff. In particular, such persons include the following:* | | | | |
| (a) Sunny Fresh through its 30(b)(6) designees regarding the categories for which they were designated; | | | X | |
| (b) Don Roberts and John Efstathiou of Sunny Fresh and Courtney Allen and Mike Young, formerly of Sunny Fresh | Regarding Sunny Fresh's past and present processes | | | X |
| (c) Bruce Schmidt of Sunny Fresh regarding Sunny Fresh's | Accounting procedures and profitability | | | X |
| (d) Michael Luker and Harry McNamee of Sunny Fresh | Regarding Sunny Fresh's sales and marketing activities | | | X |
| (e) Don Grim and Norman Lewin of Marriott and Bruce Huffaker, Gerald Zeidler and Robert Berman of Burger King, and Daryl Kellenberger of McDonald's | Regarding their companies' reception of egg product produced by the patented process | | | X |

| NAME OF WITNESS | SUBSTANCE OF TESTIMONY | EXPECTED | IF NEEDED | BY DEPOSITION |
|---|---|---|---|---|
| (f) David Bradwell and Charles Sizer of Tetra Pak and John Mindrum of Liqui-Box | Regarding the design and operation of their companies' packaging equipment utilized by Sunny Fresh | | | X |
| (g) Arthur and Stephen Papetti of Papetti's Hygrade Egg Products and Larry McBee, formerly of Papetti's Hygrade Egg Products | Regarding their processing of egg products and their patents in suit and their infringement thereof | | | X |
| (h) Tetra Laval, through a designated representative | Regarding processing conditions recommended by Alfa Laval and presence of turbulence in Alfa Laval equipment | | | X |
| (i) APV Crepaco, through a designated representative | Regarding processing conditions recommended by Alfa Laval and presence of turbulence in Alfa Laval equipment | | | X |
| (j) Ernie Glaser, in his personal capacity and as 30(b)(6) designee of Nulaid. | The particular deposition testimony has not been designated pending resolution of confidentiality issues. Mr. Glaser is expected to testify regarding Nulaid's process and its development. | | | X |

Respectfully submitted this 2nd day of June, 2003.

Geoffrey P. Jarpe, Esq. (MN #49761)
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200

James D. Myers, Esq.
Myers Bigel Sibley & Sajovec, P.A.
Post Office Box 37428
Raleigh, North Carolina 27627
Telephone: (919) 854-1400

Attorneys for Defendants Michael Foods, Inc. and
North Carolina State University

## CERTIFICATE OF SERVICE

This is to certify that I caused a copy of the foregoing MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY'S WITNESS LIST to be served via Hand Delivery and Federal Express Overnight Delivery Service, as follows:

Brian B. O'Neill
Felicia J. Boyd
Lori A. Wagner
William L. Roberts
FAEGRE & BENSON
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

Steven C. Schroer
Timothy E. Levstik
Philip T. Petti
Timothy P. Maloney
FITCH EVEN TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603

This 2nd day of June, 2003.

Jane E. Love

Jane E. Love

315227