**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

**LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING SUNNY FRESH'S RESPONSE IN SUPPORT OF ITS BILL OF COSTS AND REQUEST FOR POST-JUDGMENT INTEREST**

I, William L. Roberts, certify that Plaintiff's Response in Support of its Bill of Costs and Request for Post-Judgment Interest complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 97-2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 7,932 words.

Date: September 20, 2005

/s/ William L. Roberts
**FAEGRE & BENSON**
Brian B. O'Neill (Minn. I.D. #82521)
Felicia J. Boyd
William L. Roberts
Lori A. Wagner
Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
T: 612-766-1650
F: 612-766-1600

**FITCH, EVEN, TABIN & FLANNERY**
Steven C. Schroer (Minn. I.D. #97743)
Timothy E. Levstik
Philip T. Petti
Timothy P. Maloney
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
T: 312-577-7000
F: 312-577-7007

Attorneys for Plaintiff