**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

**CERTIFICATE OF SERVICE**

This is to certify that true and accurate copies of **Plaintiff's Response in Support of its Bill of Costs filed by Sunny Fresh Foods, Inc. (Attachments: (1) Exhibit Index of Exhibits (2) Exhibit A (3) Exhibit B (4) Exhibit C (5) Exhibit D (6) Exhibit E (7) Exhibit F (8) Exhibit G (9) Exhibit H (10) Exhibit I (11) Exhibit J (12) Exhibit K (13) Exhibit L (14) Exhibit M (15) LR7.1 Word Count Compliance Certificate)** were caused to be served on September 20, 2005, on the following individuals by Electronic Service:

James D. Myers
Myers, Bigel, Sibley & Sajovec, P.A.
P.O. Box 37428
Raleigh, NC 27627

James G. Bullard
Leonard, Street & Deinard
Suite 2300
150 South 5th Street, Suite 2300
Minneapolis, MN 55402

September 22, 2005

/s/ William L. Roberts

**FAEGRE & BENSON**
Brian B. O'Neill (Minn. I.D. #82521)
Felicia J. Boyd
William L. Roberts
Lori A. Wagner
Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
T: 612-766-1650
F: 612-766-1600

**FITCH, EVEN, TABIN & FLANNERY**
Steven C. Schroer (Minn. I.D. #97743)
Timothy E. Levstik
Philip T. Petti
Timothy P. Maloney
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
T: 312-577-7000
F: 312-577-7007