**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sunny Fresh Foods, Inc.,

Plaintiff, Civil No. 00-2117 (JMR/FLN)

v.

Michael Foods, Inc., and
North Carolina State University,

Defendants.

COST JUDGMENT

Costs have been taxed and allowed by the Clerk of this Court as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $380.00 | $380.00 |
| Fees of the Court Reporter | $158,963.32 | $158,963.32 |
| Fees for Witnesses | $13,786.22 | $13,786.22 |
| Fees for Exemplification and Copies | $319,671.10 | $319,671.10 |
| Docket Fees Under 28 U.S.C. § 1923 | $57.50 | $57.50 |
| TOTAL: | $486,858.14 | $486,858.14 |

Costs, therefore, are taxed in the sum of Four Hundred Eighty Six Thousand Eight Hundred Fifty Eight and 14/100 Dollars ($486,858.14) in favor of Plaintiff Sunny Fresh Foods, Inc., and against Defendants Michael Foods, Inc., and North Carolina State University, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of December 30, 2005.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk