**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

**SUNNY FRESH'S SUPPLEMENTAL COST PETITION**
**(RENEWED REQUEST FOR POST-JUDGMENT INTEREST)**

On December 30, 2005, the Clerk of the Court entered a Cost Judgment and duly taxed costs in the amount of $486,858.14 against defendants. This amount, however, does not include post-judgment interest. Because the omission of post-judgment interest was apparently inadvertent, Sunny Fresh hereby respectfully requests that interest be added to the cost award in the amount of $14,935.48 plus $17.21 for each day hereafter.

As discussed in Sunny Fresh's Resubmisstion Of Bill Of Costs And Request For Post-Judgment Interest (Dkt. No. 378), as well as its reply brief in support thereof (Dkt. No. 389), Sunny Fresh is entitled to post-judgment interest on the award of costs. Interest accrues on cost awards, just as on any other money judgment, pursuant to 28 U.S.C. § 1961. *RWT v. Dalton*, 712 F.2d 1225, 1234-35 (8th Cir. 1983)*; Georgia Ass'n of Retarded Citizens v. McDaniel*, 855 F.2d 794, 799 (11th Cir. 1988). Under 28 U.S.C. § 1961, interest "shall be calculated from the date of the entry of the judgment..." The interest rate is set "equal to the weekly average 1-year constant

maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." *Id.*

Judgment was entered in this Court on August 21, 2003 (Docket # 329). Accordingly, the applicable interest rate on Sunny Fresh's costs is 1.29%, the average rate for the week ending August 15, 2003. This is reported at http://www.federalreserve.gov/releases/h15/20030818/ and on this Court's website (http://www.mnd.uscourts.gov/). The interest for the post-judgment period is calculated using the formula P * (r/365) * d, where P is the principal, r is the annual interest rate, and d is the number of days for which interest is being calculated. Since $486,858.14 in costs have been awarded, as of today (January 5, 2006), 868 days after the entry of judgment, the post-judgment interest amounts to $14,935.48. Thus, the taxed costs plus interest are equal to $501,793.62. For every day after today, an additional $17.21 in interest should be taxed until the cost judgment is satisfied in full.

January 5, 2006

/s/ William L. Roberts
**FAEGRE & BENSON**
Brian B. O'Neill (Minn. I.D. #82521)
Felicia J. Boyd
William L. Roberts
Lori A. Wagner
Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
T: 612-766-1650
F: 612-766-1600

**FITCH, EVEN, TABIN & FLANNERY**
Steven C. Schroer (Minn. I.D. #97743)
Timothy E. Levstik
Philip T. Petti
Timothy P. Maloney
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
T: 312-577-7000
F: 312-577-7007
Attorneys for Plaintiff

M2:20765525.01