**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

---

**STIPULATION AND ORDER**
**REGARDING SUNNY FRESH'S ORIGINAL AND SUPPLEMENTAL COST PETITION**

On December 30, 2005, the Clerk of the Court entered a Cost Judgment and duly taxed costs in the amount of $486,858.14 against Defendants. Defendants did not appeal the Cost Judgment.

The amount of the December 30, 2005 Cost Judgment does not include post-judgment interest. Because of the apparent inadvertent omission of post-judgment interest, on January 5, 2006, Sunny Fresh filed a Supplemental Cost Petition (Renewed Request for Post-Judgment Interest), requesting that interest be added to the cost award in the amount of $14,935.48 (through January 5, 2006) plus $17.21 for each day hereafter. Defendants have reviewed said Supplemental Cost Petition, and Defendants do not dispute Sunny Fresh's Supplemental Cost Petition.

Based upon the foregoing, IT IS HEREBY STIPULATED AND AGREED that:

1. Sunny Fresh is entitled to recover from Defendants costs in the amount of $486,858.14, plus post-judgment interest in the amount of $14,935.48 (through January 5, 2006), plus $17.21 for each day after January 5, 2006, until the date of payment.

2. Defendants have made arrangements between themselves as to how they wish to allocate responsibility to pay the cost judgment, and as a result, Defendant Michael Foods, Inc. will pay the above amount to Sunny Fresh on or about March 15, 2006.

3. The parties will ensure that a Satisfaction of Cost Judgment is duly filed with the Court upon receipt of payment by Sunny Fresh in the stipulated amount.

Respectfully submitted,

February 24, 2006,

William L. Roberts

**FAEGRE & BENSON**
Brian B. O'Neill (Minn. I.D. #82521)
Felicia J. Boyd
William L. Roberts

Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
T: 612-766-1650
F: 612-766-1600

James G. Bullard

James G. Bullard (Minn. I.D. #123249)
**LEONARD, STREET AND DEINARD**
**Professional Association**
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
T: 612-335-1500
F: 612-335-1657
Attorneys for Defendant Michael Foods, Inc.

**FITCH, EVEN, TABIN & FLANNERY**
Steven C. Schroer (Minn. I.D. #97743)
Timothy E. Levstik
Philip T. Petti
Timothy P. Maloney
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
T: 312-577-7000
F: 312-577-7007
Attorneys for Plaintiff