**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2006, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

**STIPULATION REGARDING SUNNY FRESH'S ORIGINAL AND SUPPLEMENTAL COST PETITION**

The following counsel have been served with this document via CM/ECF:

al.woodward@leonard.com;
jmyers@myersbigel.com;
rvitek@myersbigel.com;
jim.bullard@leonard.com

I further certify that I caused a copy of the proposed order to be filed with the court via e-mail to the following Judge who is considering the Stipulation:

Chief Judge James M. Rosenbaum

and I certify that I caused a copy of the proposed order to be e-mailed to the following counsel:

al.woodward@leonard.com;
jmyers@myersbigel.com;
rvitek@myersbigel.com;
jim.bullard@leonard.com
rayers@myersbigel.com

Dated: February 27, 2006

s/ William R. Roberts

William R. Roberts (212763)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600

***Attorneys for Plaintiff***
***Sunny Fresh Foods, Inc.***

M2:20778408.01