**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

**ORDER**

Based upon the Stipulation of the parties filed herewith,

IT IS HEREBY ORDERED that:

1. Sunny Fresh is entitled to recover from Defendants costs in the amount of $486,858.14, plus post-judgment interest in the amount of $14,935.48 (through January 5, 2006), plus $17.21 for each day after January 5, 2006, until the date of payment.

2. Defendants have made arrangements between themselves as to how they wish to allocate responsibility to pay the cost judgment, and as a result, Defendant Michael Foods, Inc. will pay the above amount to Sunny Fresh on or about March 15, 2006.

3. The parties will ensure that a Satisfaction of Cost Judgment is duly filed with the Court upon receipt of payment by Sunny Fresh in the stipulated amount.

Dated: February 28, 2006

s/James M. Rosenbaum
James M. Rosenbaum
Chief Judge, United States District Court