UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

**SATISFACTION OF JUDGMENT**

Pursuant to the Court's Order of February 28, 2006, the Cost Judgment that was entered in favor of Plaintiff and against Defendants on December 30, 2005, in the amount of $486,858.14, together with interest in the additional sum of $16,122.97, has been paid and satisfied in full (by check from Defendant Michael Foods, Inc. delivered to counsel for Plaintiff in the total amount of $502,981.11 on March 14, 2006).

The Clerk of Court is hereby authorized and directed to satisfy said Cost Judgment of record.

**IN WITNESS WHEREOF**, Plaintiff Sunny Fresh Foods, Inc., has caused this Satisfaction of Judgment to be executed this 4th day of April, 2006.

SUNNY FRESH FOODS, INC.

By Bruce Schmidt

Its VP and Controller

CHRISTAL L. PORTER
NOTARY PUBLIC
MY COMM. EXP. 01/31/2009

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

The foregoing Satisfaction of Judgment was acknowledged before me this 4th day of April, 2006, by Bruce Schmidt, the VP and Controller of Sunny Fresh Foods, Inc., a corporation organized and existing under the laws of Delaware, on behalf of said corporation.

Christal L Porter

Notary Public

2732048.1