**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

SUNNY FRESH FOODS, INC.

Plaintiff,

vs.

MICHAEL FOODS, INC. and NORTH CAROLINA STATE UNIVERSITY,

Defendants.

Civil Action No. 00-CV-2117 (JMR/FLN)

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2006, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

**SATISFACTION OF JUDGMENT**

The following counsel have been served with this document via CM/ECF:

al.woodward@leonard.com;
jmyers@myersbigel.com;
rvitek@myersbigel.com;
jim.bullard@leonard.com

Dated: Apri1 11, 2006

s/ William R. Roberts
William R. Roberts (212763)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
***Attorneys for Plaintiff***
***Sunny Fresh Foods, Inc.***

M2:20789167.01